IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 JUL -5 AM 10: 30

OF ALABAMA

| | | |
|---|---|---|
| DANIEL WAYNE MORGAN, a minor by and through his mother and next friend, ANGELA MORGAN, and DANIEL WAYNE MORGAN, individually, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CV-00-RRA-2307-S |
| v. | ) ) ) | |
| NORFOLK SOUTHERN CORPORATION, and NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) ) | ENTERED
JUL 05 2001 |
| Defendants. | ) | |

## MEMORANDUM OPINION

Norfolk Southern Railway Company states that it was erroneously named in the complaint as "Norfolk Southern Railway, Inc." As to defendant "Norfolk Southern Corporation," there is such an entity. However, according to Norfolk Southern Railway Company, Norfolk Southern Corporation is the holding company which owns Norfolk Southern Railway Company. The plaintiff has not disputed these assertions by Norfolk Southern Railway. (Norfolk Southern Corporation has never been served.) Wherefore, "Norfolk Southern Railway Company" should be substituted for "Norfolk Southern Railway, Inc," and Norfolk Southern Corporation should be dismissed as a party. Pending before the court is Norfolk Southern Railway Company's motion for summary judgment.

14

The complaint alleges that the defendant's locomotive engineer waved to children, including Daniel Wayne Morgan, while the defendant's train was moving. The engineer then stopped the train, and Daniel got upon the train to play. When the train pulled away, Daniel fell and his foot was cut off. The plaintiff asserts that the train was an attractive nuisance or dangerous instrumentality, and that the engineer was negligent and wanton in his operation of the train when he knew or should have known that Daniel was playing near or on it. The defendant has submitted a legal memorandum in support of its motion, and the plaintiff, although given a specific time to respond, has not.

The uncontroverted evidence shows the following. Daniel, thirteen years old at the time, was playing with his friend, Derek Hendrix. The engineer of the train, which was moving slowly at the time, spoke to the boys and blew the train whistle for them. The boys were at a safe distance from the tracks at the time. When the train came to a stop approximately thirty seconds later, it was at least a quarter of a mile away from the boys, and neither the boys nor the engineer could see each other. Five to ten minutes later, the train started moving again. Daniel and Derek began running in the gravel alongside the train, to see how long they could keep up with it.[1] When Derek abruptly stopped running, Daniel ran into him and fell into the train, cutting his foot off.

The cases set out in the defendant's memorandum clearly show that, based on the facts before the court, the defendant is entitled to summary judgment on all claims. Wherefore, the defendant's motion for summary judgment is due to be granted and this

---

[1] Daniel had not been on or even touched the train before he fell onto it.

case dismissed.  A order of dismissal will be entered in conjunction with this memorandum

opinion.

Done this __5 th__ day of July, 2001.


Robert R. Armstrong, Jr.
United States Magistrate Judge